JS-6

FILED
CLERK, U.S. DISTRICT COURT
4/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINA ZHOU, et al., | No. CV 19-9211 JAK (SSx) |
| Plaintiffs, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE (Dkt. 13)** |
| v. | |
| KENNETH T. CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, et al., | John A. Kronstadt<br>United States District Judge |
| Defendants. | |

In light of the parties' Stipulation Dismissing Action Without Prejudice, IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs, fees, and expenses.

IT IS SO ORDERED.

Dated: April 23, 2020          _____
                                John A. Kronstadt
                                United States District Judge